U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form

To be filed with the Notice of Appeal

Appeal Docket No.

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Marlyn Rily and Debra Riley.<br><br>Appellant | **ZIMMERMAN REED, PLLP**<br>Ronald S. Goldser,Minn. #35932<br>Stacy K. Hauer, Minn. # 317093<br>651 Nicollet Mall Ste 501<br>Minneapolis, MN 55402-4123<br>Telephone: 612-341-0400<br>Fax: 612-341-0844<br>Email: rsg@zimmreed.com<br>*ATTORNEY TO BE NOTICED* |
| vs. | |
| Cordis Corporation<br><br>Appellee | **Tracy J Van Steenburgh**<br>Halleland Lewis Nilan & Johnson PA<br>220 S 6th St Ste 600<br>Minneapolis, MN 55402-4501<br>612-338-1838<br>Fax: 612-338-7858<br>Email: tvan@halleland.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

LIST ISSUES ON APPEAL (For administrative purposes).  You may indicate that this also serves as your statement of issues under FRAP 10(b) (3).  __X___Yes.  _____No.

   1.  Whether the District Court erred in dismissing Plaintiffs' claims of failure to warn, fraudulent and negligent misrepresentation, breach of express warranty and other claims on the grounds of federal pre-emption, as described in *Riegel v. Medtronic*, 128 S. Ct. 999 (2008) and *Buckman Co. v. Plaintiffs' Legal Committee*, 531 US 341 (2001)

   2. Whether the District Court erred in dismissing Plaintiffs' claims of fraudulent misrepresentation for insufficient pleading under Rule 9(b), F.R.Civ.P.

   3. Whether the District Court erred in Dismissin Plaintiffs' claims of insufficient pleading of breach of warranty under Rule 8, F.R.Civ.P.

FOR LEAD COUNSEL ONLY

I _____have (___X__ have not) discussed settlement possibilities on appeal with my client.

This appeal __X___is (___ is not) amenable to settlement.


                              Submitted by: s/Ronald S. Goldser_____
                                       Signature of Lead Counsel
Date: August 3, 2009

INSTRUCTIONS:
Filing of appellant=s Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B).  If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed.  Forms are available at the District Clerk=s Office and may be obtained electronically at:
www.ca8.uscourts.gov
   Copy 1 - Send to Appellee (together with an uncompleted Form B)
   Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
   Copy 4 - retain


___X___ **I verify that the original of this pleading has been signed and that I will maintain the pleading in accordance with 8th Cir.R.25A(a).**

2