

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL INFORMATION SHEET

**Date:** September 4, 2009

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Katie Thompson, U.S. District Court - Minnesota

**In Re:** District Court Case No.:   08-cv-5031 PS/RLE
Eighth Circuit Case No.:
Case Title:   Riley vs. Cordis Corporation, et al.

---

TRANSMITTED HEREWITH:

____ Original File(s), consisting of file(s).

____ One certified copy of updated docket sheet from

____ Designated Clerk's Record #

____ Other:

X   Transcript(s):  (Listed below or on attached list)

| Volume | Date | Proceeding |
|---|---|---|
| 51 | 11/21/08 | Motions Hearing |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: RECEIVED           Received by: _____

Date Returned to USDC: SEP 0 8 2009

U.S. Court of Appeals
Eighth Circuit-St. Paul, MN

civil\appeals\appeal transmittal information sheet.frm

**RECEIVED**
SEP 09 2009
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
SEP 10 2009
U.S. DISTRICT COURT ST. PAUL