# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 19, 2009

Ms. Stacy K Hauer
ZIMMERMAN & REED
651 Nicollet Mall
Suite 501
Minneapolis, MN  55402-4123

RE:  09-2870  Marlyn Riley, et al v. Cordis Corporation, et al

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

DMS

Enclosure(s)

cc: Ms. Jan McClean Bernier
    Mr. Ronald S. Goldser
    Ms. Dana M. Lenahan
    Mr. Richard Sletten
    Ms. Tracy Joan Van Steenburgh
    Mr. John Winter

    District Court/Agency Case Number(s):  0:08-cv-05031-PJS