# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-2870

Marlyn Riley and Debra Riley,

Appellants

v.

Cordis Corporation and Johnson & Johnson,

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:08-cv-05031-PJS)
_____

**MANDATE**

In accordance with the judgment of 11/19/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 19, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit